### 46812.   LAWTON v. THE STATE.

QUILLIAN, Judge. The appellant was tried for the offense of murder and was convicted of voluntary manslaughter. The appellant filed a motion for a new trial on the general grounds which was overruled and the case is here for review. *Held:*

There was evidence that both the deceased and the appellant had a pistol in their possession at the time the deceased was killed; that the appellant was seen getting out of his car with his pistol in his right hand walking straight toward the deceased; that the appellant shot the deceased; that the deceased was never seen reaching for his pistol; that the deceased's arms were down by his

side at the time he was shot. There was sufficient evidence to support the verdict. *Spradlin v. State,* 90 Ga. App. 97, 103 (82 SE2d 238).

*Judgment affirmed. Hall, P. J., and Pannell, J., concur.*
SUBMITTED JANUARY 10, 1972—DECIDED FEBRUARY 10, 1972—
REHEARING DENIED MARCH 6, 1972.

*Haas, Holland, Levison & Gibert, Andrew C. Hall, Ben B. Mills, Jr.,* for appellant.

*W. J. Forehand, District Attorney,* for appellee.